E-FILED
Friday, 06 December, 2013  03:17:26 PM
Clerk, U.S. District Court, ILCD

IN THE UNITED STATES DISTRICT COURT
FOR THE CENTRAL DISTRICT OF ILLINOIS

| | |
|---|---|
| IN RE: ASBESTOS PRODUCTS LIABILITY LITIGATION (NO. VI) | Civil Action No.   MDL 875 |
| Goeken v. AC&S Inc., et al., | **Consolidated Case No.** 94-cv-2282 (*Kinser*) <br><br> Individual Case No. 99-1263 <br> *Remanded from E.D. Pa.* 10-CV-68122 |

**Stipulation to Voluntarily Dismiss Action Pursuant to Fed. R. Civ. P. 41(a)(1)(A)(ii)**

Pursuant to Fed. R. Civ. P. 41(a)(1)(A)(ii), Plaintiff and defendant Ericsson Inc. hereby stipulate that this action may be dismissed in its entirety without prejudice and with each party to bear its own costs and that an order to this effect may be entered without delay.

WHEREFORE, Plaintiff and Defendant Ericsson Inc. pray this Honorable Court enters an order dismissing this case without prejudice and with each party bearing their own costs

Dated: December 5, 2013

/S/ Michael P. Cascino
Michael P. Cascino
Attorney for Plaintiff
Cascino Vaughan Law Offices, Ltd
220 S. Ashland Ave.
Chicago, IL 60607
Phone: 312.944.0600
Email: ecf.cvlo@gmail.com

Mark I. Tivin
Attorney for Defendant Ericsson Inc.
O'Connell Tivin Miller Burns
135 S. LaSalle St. Ste. 2300
Chicago, IL 60603
Phone: 312.256.8800
Email: mark@otmblaw.com